JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRIAN L.H., <br><br>        Plaintiff, <br><br>  v. <br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br>        Defendant. | CASE NO. CV 20-7866-AS <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

DATED: March 23, 2022

                                      /s/
                            ALKA SAGAR
            UNITED STATES MAGISTRATE JUDGE